**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

TYRONE ALEXANDER                                                    PLAINTIFF

VS.                                    CIVIL ACTION NO. 5:04cv207-DCB-JCS

DOLAN WALLER, CHRISTOPHER EPPS,
SUE BURKHALTER, UNKNOWN GUIN,
CORPORATION OF AMERICA,
CCA COUNTY FACILITIES,
MISSISSIPPI DEPARTMENT OF CORRECTIONS,
STATE OF MISSISSIPPI, and
JOE HERRINGTON                                                     DEFENDANTS

## FINAL JUDGMENT

This cause is before the Court on the plaintiff's objection to Magistrate Judge James C. Sumner's Report and Recommendation of June 2, 2006 [**docket entry no. 25**], which recommends that this action be dismissed with prejudice, and the Court having adopted the Report and Recommendation of even date herewith.  Accordingly,

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

SO ORDERED, this the 5th day of January, 2007.

                                        S/DAVID BRAMLETTE
                                        UNITED STATES DISTRICT JUDGE